UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHONDELL GREGORY CROCKER,

Plaintiff,

-against-

OLGAM LIFF LLC (STRATEGIC MANAGEMENT HR).,

Defendant.

25 CIVIL 06507 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the October 21, 2026, order, the Court dismisses this action for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated: November 4, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge